FILED: October 24, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1628
(1:23-cv-00381-TDS-LPA)
_____

JASMINE E. GOLDEN

      Plaintiff - Appellant

v.

NORTH CAROLINA AGRICULTURAL AND TECHNICAL STATE UNIVERSITY

      Defendant - Appellee

_____

M A N D A T E
_____

The judgment of this court, entered Seotember 16, 2024, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Nwamaka Anowi, Clerk*